# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2019

## NO. 03-19-00003-CV

**Appellants, T. Mark Anderson and Christine Anderson, Co-Executors of the Estate of Ted Anderson// Cross-Appellants, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer**

**v.**

**Appellees, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer// Cross-Appellees, T. Mark Anderson and Christine Anderson, Co-Executors of the Estate of Ted Anderson**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on December 20, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.